# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| SCOTT ALLEN KEVARI, A/K/A MAC MCCLAIN MCDUGALD,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 78254 |
| SCOTT ALLEN KEVARI, A/K/A MAC MCCLAIN MCDUGALD,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 78255 |

FILED

MAR 22 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEALS

These are pro se appeals from a single district court "order denying motion requesting court to set aside and/or vacate its unserved upon defendant order denying defendant motion to modify and/or correct illegal sentence so to preserve right to appeal decision." Second Judicial District Court, Washoe County; Barry L. Breslow, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, this court lacks jurisdiction over these appeals. *Castillo v. State,* 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS these appeals DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Cadish

19-12850

cc: Hon. Barry L. Breslow, District Judge
Scott Allen Kevari
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk